UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 7

J.P.R. MECHANICAL INC.                                          Case No. 19-23480 (DSJ)
d/b/a JPR MECHANICAL, <u>et al.</u>,                            (Jointly Administered)

        Debtors.
-------------------------------------------------------------x
MARIANNE T. O'TOOLE, solely in her capacity as                  Adv. Pro. No.: 21-07079 (DSJ)
Chapter 7 Trustee of the Estate of J.P.R. Mechanical
Inc. d/b/a JPR Mechanical,

        Plaintiff,
-against-

RADIUM2 CAPITAL, LLC, f/k/a
RADIUM2 CAPITAL, INC.,

        Defendant.
-----------------------------------------------------------x
MARIANNE T. O'TOOLE, solely in her capacity as                  Adv. Pro. No.: 21-07082 (DSJ)
Chapter 7 Trustee of the Estate of J.P.R. Mechanical
Services Inc.,

        Plaintiff,
-against-

RADIUM2 CAPITAL, LLC, f/k/a
RADIUM2 CAPITAL, INC.,

        Defendant.
-----------------------------------------------------------x

### <u>ORDER RESPECTING MOTIONS FOR SUMMARY JUDGMENT</u>

UPON consideration of the motion of Marianne T. O'Toole, solely in her capacity as

Chapter 7 Trustee of the Estate of J.P.R. Mechanical Inc. d/b/a JPR Mechanical ("<u>JPR Trustee</u>"),

for partial summary judgment against defendant Radium2 Capital, LLC f/k/a Radium2 Capital,

Inc. ("<u>Radium2</u>") and the motion of Marianne T. O'Toole, solely in her capacity as Chapter 7

Trustee of the Estate of J.P.R. Mechanical Services Inc. ("<u>Services Trustee</u>"), for partial summary

judgment against Radium2 (together "Trustee Motions"); and upon the Orders granting the motions of Kaminski Law PLLC to withdraw as counsel to Defendant in the above-captioned adversary proceedings; and upon the memoranda of law, Affidavits of Troy Caruso and Defendant's Statements of Facts (collectively, "Defendant Opposition") filed in opposition to the Trustee Motions; and upon the memoranda of law in further support of the Trustee Motions; and upon the hearing conducted on May 1, 2025; and upon the record of the May 1, 2025 hearing, which is incorporated by reference herein; and upon the Court's Decision entered on May 30, 2025 ("Decision"), which is incorporated by reference herein; now, therefore, for the reasons stated in the Decision, it is hereby

ORDERED that the Defendant Oppositions are each overruled and the Trustee Motions are each granted; and, it is further

ORDERED that the Clerk of the Court is directed to enter judgments substantially in the forms annexed hereto as follows: (i) against Defendant and in favor of the JPR Trustee in the amount of $2,220,104.52; and (ii) against Defendant and in favor of the Services Trustee in the amount of $850,000.00; and, it is further

ORDERED that the following proofs of claim of Defendant are hereby disallowed: (i) claim 105 against the estate of J.P.R. Mechanical Inc. d/b/a JPR Mechanical; (ii) claim 106 against J.P.R. Mechanical Inc. d/b/a JPR Mechanical; and (iii) claim 14 against J.P.R. Mechanical Services Inc.; and, it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters relating to or arising from the implementation of this Order.

Dated: New York, New York
June 3, 2025

_s/ David S. Jones_
Honorable David S. Jones
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 7

J.P.R. MECHANICAL INC.                                    Case No. 19-23480 (DSJ)
d/b/a JPR MECHANICAL, et al.,                             (Jointly Administered)

          Debtors.
-------------------------------------------------------------x
MARIANNE T. O'TOOLE, solely in her capacity as            Adv. Pro. No.: 21-07079 (DSJ)
Chapter 7 Trustee of the Estate of J.P.R. Mechanical
Inc. d/b/a JPR Mechanical,

          Plaintiff,
-against-

RADIUM2 CAPITAL, LLC, f/k/a
RADIUM2 CAPITAL, INC.,

          Defendant.
----------------------------------------------------------x

<u>___M___</u>

For the reasons set forth in the Decision on Motion of Plaintiff for Partial Summary Judgment dated May 30, 2025  ECF No. 46  and in accordance with the Order entered on June    , 2025  ECF No. 47 :

IT IS ORDERED, ADJUD  ED AND DECREED that judgment is entered in favor of Marianne T. O'Toole, solely in her capacity as Chapter 7 Trustee of the Estate of J.P.R. Mechanical Inc. d/b/a JPR Mechanical, and against Radium2 Capital, LLC f/k/a Radium2 Capital, Inc. in the amount of $2,220,104.52; and it is further

1

2

ORDERED, ADJUD   ED AND DECREED that post-judgment interest shall accrue at the statutory rate provided for in 28 U.S.C.    1961, running from the date of entry of this Judgment.

Dated: June      , 2025

ito    enna
Clerk of the Court


Arturo Tavare
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                          Chapter 7

J.P.R. MECHANICAL INC.                                          Case No. 19-23480 (DSJ)
d/b/a JPR MECHANICAL, et al.,                                   (Jointly Administered)

        Debtors.
----------------------------------------------------------------x
MARIANNE T. O'TOOLE, solely in her capacity as                  Adv. Pro. No.: 21-07082 (DSJ)
Chapter 7 Trustee of the Estate of J.P.R. Mechanical
Services Inc.,

        Plaintiff,
-against-

RADIUM2 CAPITAL, LLC, f/k/a
RADIUM2 CAPITAL, INC.,

        Defendant.
------------------------------------------------------------x

---

**M**

For the reasons set forth in the Decision on Motion of Plaintiff for Partial Summary Judgment dated May 30, 2025  ECF No. 47  and in accordance with the Order entered on June     , 2025  ECF No. 48 :

IT IS ORDERED, ADJUD  ED AND DECREED that judgment is entered in favor of Marianne T. O'Toole, solely in her capacity as Chapter 7 Trustee of the Estate of J.P.R. Mechanical Services Inc., and against Radium2 Capital, LLC f/k/a Radium2 Capital, Inc. in the amount of $850,000.00; and it is further

1

2

ORDERED, ADJUD ED AND DECREED that post-judgment interest shall accrue at the

statutory rate provided for in 28 U.S.C.    1961, running from the date of entry of this Judgment.

Dated: June      , 2025

ito    enna
Clerk of the Court

Arturo Tavare
Deputy Clerk

2